# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3898
_____

RICHARD HENDRICKSON,

Appellant,

v.

MELISSA ROCKS and o/b/o
minors,

Appellee.

_____


On appeal from the Circuit Court for Gilchrist County.
Monica J. Brasington, Judge.

December 21, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Richard Hendrickson, Newberry, Appellant pro se.

No appearance for Appellee.